IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
10/1/25 5:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE CERTAIN MATTERS PENDING | : MISC. NO. 25-212 |
| BEFORE THE BANKRUPTCY COURTS | : |
| FOR THE WESTERN DISTRICT | : Chief Bankruptcy Judge |
| OF PENNSYLVANIA | : Gregory L. Taddonio |

**ONMIBUS MOTION FOR STAY OF CERTAIN
UNITED STATES GOVERNMENT DEADLINES
IN LIGHT OF LAPSE OF APPROPRIATIONS**

The United States of America hereby moves this Court for a stay of certain United States Government deadlines in matters before the Bankruptcy Court in which the United States or one of its agencies is a creditor or a plaintiff or defendant in an adversary proceeding. Specifically, the United States requests an extension for the governmental proof of claim deadline for any and all claims of the United States and a stay barring the confirmation of plans in any chapter case. The ground for this motion by the United States are as follows:

1.　At the end of the day on September 30, 2025, the appropriations act that had been funding the United States Department of Justice expired and appropriations to the Department of Justice lapsed. The same is true for most agencies, including the Internal Revenue Service, Department of Agriculture (Farm Service Agency and Rural Housing Service), Small Business Administration and other Executive agencies (including the United States Attorney's Office for the Western District of Pennsylvania). The Department does not know when funding will be restored by Congress. Thus, consistent with this office's request during the prior lapse of appropriations, the United States is again requesting certain stays.

2.　Absent an appropriation, certain Department of Justice attorneys and employees of the United States Attorney's Office for the Western District of Pennsylvania, as well as

attorneys and staff at the IRS, Department of Agriculture, Small Business Administration and other federal agencies are placed on furlough status until funding is restored. While on furlough status, these employees are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. Some of the furloughed employees' duties include the preparation and filing of proofs of claim on behalf of the federal government. Other furloughed employees' duties include making decisions on behalf of the government regarding the filing of objections to the confirmation of plans in bankruptcy cases and require access to those agencies' records and systems.

      3.     If this motion for an enlargement of deadlines and stay is granted, undersigned counsel will notify the Court as soon as Congress appropriates funds for the Department of Justice, Internal Revenue Service and other federal agencies referenced above.

     Therefore, although this office greatly regrets any disruption caused to the Court, debtors and creditors, the United States hereby moves for an enlargement of governmental proof of claim bar date for any United States claims, a stay barring confirmation of plans in any chapter case, and stay of any deadlines in any adversary proceeding to which the United States is a party until (i) the federal government is funded through congressional appropriation or (2) for a period of 30 days from the date of this Order, whichever comes sooner. The Court may renew or modify this Order depending on developments during this period.

A proposed order is attached hereto.

October 1, 2025

Respectfully submitted,

TROY RIVETTI
Acting United States Attorney

*/s/ Jill Locnikar*
JILL LOCNIKAR
Assistant United States Attorney
Joseph F. Weis, Jr. United States Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
Tel: (412) 894-7429
Email: jill.locnikar@usdoj.gov
PA ID No. 85892